IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                       4:90cr4051-WS

JAMES DENSON,                                 4:06cv16-WS

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 595) docketed April 19, 2006. The magistrate judge recommends that the defendant's section 2255 motion be summarily dismissed. The defendant has filed objections (doc. 597) to the report and recommendation.

Upon review of the record in light of the defendant's objections, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 595) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's section 2255 motion (doc. 594) is hereby summarily DISMISSED because authorization for filing a second or successive section 2255 motion has not been granted by the court of appeals.

3.  The clerk shall enter judgment accordingly and shall close Case No. 4:06cv16-WS.

DONE AND ORDERED this May 23, 2006.

 /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE